UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>  Defendants. | Case No. 1:24-cv-00632-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)[1]<br><br>(ECF No. 8). |

On August 22, 2024, the parties filed a joint stipulation[2] for dismissal with prejudice of all claims in this action and with each party to bear its own attorneys' fees and costs. (ECF No. 8). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.
IT IS SO ORDERED.

Dated:  **August 23, 2024**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' joint stipulation cites Fed. R. Civ. P. 41(a)(1)(ii), which the Court assumes is meant to refer to Fed. R. Civ. P. 41(a)(1)(A)(ii) regarding a stipulation of dismissal.

[2] Under the signature for Plaintiff's attorney on the second page of the joint stipulation, Melissa McEvoy is listed as the plaintiff. Because Mr. Kingery is the attorney of record for Plaintiff Garcia, and the Court finds no record of Ms. McEvoy's involvement in the case, the Court shall disregard. (ECF No. 8 at 2).